```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                AT CHARLESTON
```

**KELLY ELKINS**

        Plaintiff,

v.                                    Civil Action No. 2:14-23765

**BARBARA RICKARD, Warden,**

        Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, filed on May 12, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation;[1] and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the plaintiff's complaint be, and it hereby is, dismissed and that this matter be removed from

---

[1] The Proposed Findings and Recommendation was mailed to Kelly Elkins at her last known address, at FPC Alderson, and was returned as undeliverable on May 26, 2016 because Elkins was released from custody on August 28, 2015. See ECF Doc. 11. Her new address is unknown. Id. Elkins has had more than a year since her release to provide the court with her current address, and has failed to do so.

the court's docket.

The Clerk is directed to forward copies of this written opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

DATED: October 3, 2016

John T. Copenhaver, Jr.
United States District Judge